| PROB 22 (Rev. 2/88) | | CASE NUMBER *(Tran. Court)* 2:04CR00475-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Rec. Court)* 12-CR 711-RBK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Thomas E. Williams | DISTRICT Eastern District of Pennsylvania | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Anita B. Brody | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/14/2012 — TO 2/13/2015 |

OFFENSE   Conspiracy to make false statements to a federally licensed firearms dealer (Count One); and providing false information to a federal licensee and aiding and abetting (Count Two).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Pennsylvania</u>

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/27/12
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>District of New Jersey</u>

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-26-12
Effective Date

_____
United States District Judge

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

401 MARKET STREET
1st FLOOR
CAMDEN, NJ
(856) 757-5043
FAX: (856) 757-5302

October 22, 2012

**Mailing Address:**
50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Ms. Marcy Barratt
Deputy-In-Charge
U.S. District Court
401 Market Street
Camden, New Jersey 08101

12 cr 711

Re: Williams, Thomas E.

**TRANSFER OF JURISDICTION TO THE DISTRICT OF NEW JERSEY**

Dear Ms. Barratt:

Enclosed are two completed Probation Forms (22) requesting transfer of jurisdiction from the Eastern District of Pennsylvania for the above-named offender.

U.S. District Judge Anita B. Brody has initiated the transfer request and it would be appreciated if this matter could be assigned to a District Judge in New Jersey.

*We note that there is an outstanding fine in this case. By copy of this letter we are notifying the Financial Litigation Unit of our U.S. Attorney's Office of the transfer.*

Should you require any additional information, please do not hesitate to call our office at the phone number listed at the top of this letter.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: John L. Paccione
U.S. Probation Officer

JLP/plb

cc:   Robin Brown-Ali, Supervisory Paralegal
      Financial Litigation Unit, U.S. Attorney's Office
      970 Broad Street
      Newark, N.J. 07102

Enclosure